| Fill in this information to identify the case: |
| --- |

Debtor name   **FS Beverages LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $ _____ 138,226.40

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $ _____ 138,226.40

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____ 1,140,699.51

4.   Total liabilities .................................................................................
    Lines 2 + 3a + 3b
    $ _____ 1,140,699.51

| Fill in this information to identify the case: |
|---|

Debtor name      **FS Beverages LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Business Checking** | **4727** | **$8,029.23** |
| 3.2. | **Bank of America, N.A.** | **Business Checking** | **0139** | **$1,467.92** |
| 3.3. | **TD Bank** | **Business Checking** | **8738** | **$30.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$9,527.15** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **FS Beverages LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 8.1. | Deposit/Prepayment to the New Jersey Division of Alcoholic Beverage Control -- license renewal pending (under review) | $9,000.00 |
|---|---|---|

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$9,000.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 7,724.00 | − | 0.00 | = .... | $7,724.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 60,348.00 | − | 60,348.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$7,724.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Raw materials inventory | 08/20/2025 | $66,176.50 | N/A | $66,176.50 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale<br>See attached list - *note: some goods are expired or are suspected of potential damage/loss | 08/20/2025 | $305,744.52 | N/A | $45,798.75 |
| 22. | Other inventory or supplies | | | | |

| Debtor | **FS Beverages LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Displays, Merchandisers | | Unknown | N/A | Unknown |
|---|---|---|---|---|

| 23. | **Total of Part 5.** | $111,975.25 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **65 S Maple Ave, Basking Ridge, NJ 07920** | Leased Office | Unknown | N/A | $0.00 |

| Debtor | **FS Beverages LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

<div align="right">

| |
|---|
| $0.00 |

</div>

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **Howie's Spiked; Alc-A-Chino** | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** <br> **www.alcachino.com; www.howiesspiked.com** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** <br> **See attached sheet of state licenses** | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** <br> **Customer lists, data, etc.** | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** <br> **Other IP and intangibles** | $0.00 | | Unknown |
| 65. | **Goodwill** <br> **Business's brands** | $0.00 | | Unknown |

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

<div align="right">

| |
|---|
| $0.00 |

</div>

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

---

Debtor    **FS Beverages LLC**                                        Case number *(If known)* _____
          Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Insurance claim related to loss/damage of finished goods (5,500 cases of canned beverages) stored at a third-party warehouse; claim was denied as of 9/5/25 by Aspen American Insurance Company and Underwriters** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **FS Beverages LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,527.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,724.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $111,975.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $138,226.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $138,226.40 |

Docusign Envelope ID: AB934EF9-021B-44D4-A60B-BFD4D47DD392

*Item 21 - Schedule A/B re Finished Goods*

**Located at GWSI Warehouse in Langhorne PA**

| Customer | SKU | Expiration Date | Primary UOM | Available Package | Available Primary | Cost | | Total |
|---|---|---|---|---|---|---|---|---|
| FS Beverages LLC | MALT Mocha | 2024-09-24 00:00:0( | Case | 30 | 30 | $ | 23.91 | 717.27 |
| FS Beverages LLC | MALT Mocha | 2024-04-30 00:00:0( | Case | 92 | 92 | $ | 23.91 | 2,199.63 |
| FS Beverages LLC | MALT Original | | Case | 83 | 83 | $ | 24.31 | 2,017.73 |
| FS Beverages LLC | MALT Mocha-200 | 2024-02-13 00:00:0( | Case | 130 | 130 | $ | 20.89 | 2,715.70 |
| FS Beverages LLC | MALT Mocha-200 | | Case | 116 | 116 | $ | 20.89 | 2,423.24 |
| FS Beverages LLC | MALT Mocha-200 | 2023-11-08 00:00:0( | Case | 80 | 80 | $ | 20.89 | 1,671.20 |
| FS Beverages LLC | MALT Original-200 | 2024-02-13 00:00:0( | Case | 130 | 130 | $ | 21.09 | 2,741.70 |
| FS Beverages LLC | MALT Original-200 | 2024-02-13 00:00:0( | Case | 130 | 130 | $ | 21.09 | 2,741.70 |
| FS Beverages LLC | MALT Original-200 | 2024-02-13 00:00:0( | Case | 52 | 52 | $ | 21.09 | 1,096.68 |
| FS Beverages LLC | MALT Mixed-200 | 2024-02-13 00:00:0( | Case | 130 | 130 | $ | 21.09 | 2,741.70 |
| FS Beverages LLC | Oat Milk Vanilla | | Case | 96 | 96 | $ | 26.24 | 2,519.04 |
| FS Beverages LLC | Oat Milk Vanilla | | Case | 96 | 96 | $ | 26.24 | 2,519.04 |
| FS Beverages LLC | Oat Milk Vanilla | | Case | 73 | 73 | $ | 26.24 | 1,915.52 |
| FS Beverages LLC | Oat Milk Vanilla | | Case | 42 | 42 | $ | 26.24 | 1,102.08 |
| FS Beverages LLC | Oat Milk Vanilla | | Case | 24 | 24 | $ | 26.24 | 629.76 |
| FS Beverages LLC | Oat Milk Original | | Case | 96 | 96 | $ | 26.10 | 2,505.60 |
| FS Beverages LLC | Oat Milk Original | | Case | 96 | 96 | $ | 26.10 | 2,505.60 |
| FS Beverages LLC | Oat Milk Original | | Case | 96 | 96 | $ | 26.10 | 2,505.60 |
| FS Beverages LLC | Oat Milk Original | | Case | 3 | 3 | $ | 26.10 | 78.30 |
| FS Beverages LLC | Vanilla Bean Bourbon-NH | 2024-08-07 00:00:0( | Case | 48 | 48 | $ | 30.53 | 1,465.39 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | 2024-05-09 00:00:0( | Case | 130 | 130 | $ | 22.08 | 2,870.40 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | 2024-05-09 00:00:0( | Case | 130 | 130 | $ | 22.08 | 2,870.40 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | 2024-05-09 00:00:0( | Case | 60 | 60 | $ | 22.08 | 1,324.80 |
| FS Beverages LLC | Vanilla Bean 200 ml - Half pallet | 2024-02-05 00:00:0( | Case | 65 | 65 | $ | 22.08 | 1,435.20 |
| FS Beverages LLC | Vanilla Bean 200 ml - Half pallet | 2024-02-05 00:00:0( | Case | 65 | 65 | $ | 22.08 | 1,435.20 |
| FS Beverages LLC | Vanilla Bean 200 ml - Half pallet | 2024-02-05 00:00:0( | Case | 96 | 96 | $ | 24.31 | 2,333.76 |
| FS Beverages LLC | VODKA Mocha | 2025-03-04 00:00:0( | Case | 65 | 65 | $ | 24.31 | 1,580.15 |
| FS Beverages LLC | VODKA Mocha | 2025-03-10 00:00:0( | Case | 65 | 65 | $ | 21.09 | 1,370.85 |
| FS Beverages LLC | Vodka Original 200 ml | 2025-02-04 00:00:0( | Case | 130 | 130 | $ | 21.09 | 2,741.70 |
| FS Beverages LLC | Vodka Original 200 ml | 2025-02-05 00:00:0( | Case | 13 | 13 | $ | 20.80 | 270.40 |
| FS Beverages LLC | Vodka Mocha 200 ml | 2025-03-19 00:00:0( | Case | 89 | 89 | $ | 20.80 | 1,851.20 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | 2025-03-19 00:00:0( | Case | 130 | 130 | $ | 22.08 | 2,870.40 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | 2025-03-19 00:00:0( | Case | 130 | 130 | $ | 22.08 | 2,870.40 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | 2025-03-19 00:00:0( | Case | 13 | 13 | $ | 22.08 | 287.04 |
| FS Beverages LLC | Vodka Mocha 200 ml | 2024-05-08 00:00:0( | Case | 130 | 130 | $ | 20.80 | 2,704.00 |
| FS Beverages LLC | Vodka Mocha 200 ml | 2024-05-08 00:00:0( | Case | 69 | 69 | $ | 20.80 | 1,435.20 |
| FS Beverages LLC | Vanilla Bean Bourbon | 2024-08-07 00:00:0( | Case | 3 | 3 | $ | 30.53 | 91.59 |
| FS Beverages LLC | Vanilla Bean Bourbon | 2024-08-07 00:00:0( | Case | 96 | 96 | $ | 30.53 | 2,930.78 |
| FS Beverages LLC | Vanilla Bean Bourbon | 2024-08-07 00:00:0( | Case | 96 | 96 | $ | 30.53 | 2,930.78 |
| FS Beverages LLC | Vanilla Bean Bourbon | | Case | 43 | 43 | $ | 30.53 | 1,312.75 |
| | | | | Expired Product that should be destroyed asap | | | | $  76,329.48 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FS Beverages LLC | Strawberry Refresher | 2025-05-06 00:00:00 | Case | 28 | 28 | $ | 23.30 | 652.40 | *Suspect to leaking cross contamination* |
| FS Beverages LLC | Tropical Refresher | 2025-05-06 00:00:00 | Case | 27 | 27 | $ | 23.17 | 625.59 | *Suspect to leaking cross contamination* |
| FS Beverages LLC | Mango Refresher | 2025-05-06 00:00:00 | Case | 10 | 10 | $ | 23.13 | 231.30 | *Suspect to leaking cross contamination* |

Docusign Envelope ID: AB934EF9-021B-44D4-A60B-BFD4D47DD392

| Vendor | Product | Unit | Date | 21 | 21 | $ | $ | Note |
|---|---|---|---|---|---|---|---|---|
| FS Beverages LLC | Harder Coffee Mocha 16 oz | Case | | 21 | 21 | $ 13.70 | $ 287.70 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Strawberry Acai 16 oz | Case | 2025-03-24 00:00:00 | 61 | 61 | $ 11.02 | $ 672.16 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Strawberry Acai 16 oz | Case | 2025-05-26 00:00:00 | 152 | 152 | $ 11.02 | $ 1,674.89 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Strawberry Acai 16 oz | Case | 2025-05-26 00:00:00 | 152 | 152 | $ 11.02 | $ 1,674.89 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Strawberry Acai 16 oz | Case | 2025-05-26 00:00:00 | 152 | 152 | $ 11.02 | $ 1,674.89 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Strawberry Acai 16 oz | Case | 2025-05-26 00:00:00 | 152 | 152 | $ 11.02 | $ 1,674.89 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Strawberry Acai 16 oz | Case | 2025-05-26 00:00:00 | 120 | 120 | $ 11.02 | $ 1,322.28 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Tropical Passion 16 oz | Case | 2025-03-25 00:00:00 | 152 | 152 | $ 10.98 | $ 1,668.81 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Tropical Passion 16 oz | Case | 2025-03-25 00:00:00 | 152 | 152 | $ 10.98 | $ 1,668.81 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Tropical Passion 16 oz | Case | 2025-03-25 00:00:00 | 152 | 152 | $ 10.98 | $ 1,668.81 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Tropical Passion 16 oz | Case | 2025-03-25 00:00:00 | 152 | 152 | $ 10.98 | $ 1,668.81 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Tropical Passion 16 oz | Case | 2025-03-15 00:00:00 | 43 | 43 | $ 10.98 | $ 472.10 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-12 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-06 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-06 00:00:00 | 152 | 152 | $ 10.83 | $ 1,646.01 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Mango Dragonfruit 16 oz | Case | 2025-03-06 00:00:00 | 79 | 79 | $ 10.83 | $ 855.49 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-02-26 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-05 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-05 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | Case | 2025-05-06 00:00:00 | 96 | 96 | $ 25.31 | $ 2,429.76 | *Suspect to leaking cross contamination |

Docusign Envelope ID: AB934EF9-021B-44D4-A60B-BFD4D47DD392

| Company | Product | Date | Unit | Qty | Sellable Inventory Qty | Unit Price | Amount | Good | To be Destroyed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| FS Beverages LLC | Variety Pack Refresher 12oz | 2025-05-06 00:00:00 | Case | 96 | 96 | $25.31 | | | $2,429.76 | * Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | 2025-05-06 00:00:00 | Case | 96 | 96 | $25.31 | | | $2,429.76 | * Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | 2025-05-06 00:00:00 | Case | 96 | 96 | $25.31 | | | $2,429.76 | * Suspect to leaking cross contamination |
| FS Beverages LLC | Variety Pack Refresher 12oz | 2025-05-06 00:00:00 | Case | 96 | 96 | $25.31 | | | $2,429.76 | * Suspect to leaking cross contamination |
| FS Beverages LLC | 6%Harder Coffee Salted Caramel | 2025-05-22 00:00:00 | Case | 152 | 152 | $14.89 | $2,263.28 | | | |
| FS Beverages LLC | 6%Harder Coffee Salted Caramel | 2025-03-06 00:00:00 | Case | 37 | 37 | $14.89 | $550.93 | | | |
| FS Beverages LLC | 8%Harder Coffee Salted Caramel 16 oz | 2025-05-22 00:00:00 | Case | 152 | 152 | $13.48 | $2,048.96 | | | |
| FS Beverages LLC | 6%Harder Coffee Salted Caramel 16 oz | 2025-05-22 00:00:00 | Case | 152 | 152 | $13.48 | $2,048.96 | | | |
| FS Beverages LLC | 8%Harder Coffee Salted Caramel 16 oz | 2025-05-22 00:00:00 | Case | 67 | 67 | $13.48 | $903.16 | | | |
| FS Beverages LLC | 8%Harder Coffee Mocha 16 oz | 2025-05-22 00:00:00 | Case | 152 | 152 | $13.70 | $2,082.40 | | | |
| FS Beverages LLC | 8%Harder Coffee Mocha 16 oz | 2025-05-22 00:00:00 | Case | 66 | 66 | $13.70 | $904.20 | | | |
| FS Beverages LLC | 5% Oat Milk Salted Caramel | 2025-05-07 00:00:00 | Case | 32 | 32 | $25.96 | $830.72 | | | |
| | | | | | Sellable Inventory | | ########## | | | |
| FS Beverages LLC | COFFEE SHOP DISPLAYS | | Box | 20 | 20 | $- | $- | | | Cardboard, no Value |
| FS Beverages LLC | COFFEE SHOP DISPLAYS | | Box | 14 | 14 | $- | $- | | | Cardboard, no Value |
| FS Beverages LLC | COFFEE SHOP DISPLAYS | | Box | 15 | 15 | $- | $- | | | Cardboard, no Value |
| FS Beverages LLC | CASEYS DISPLAYS | | Box | 17 | 17 | $- | $- | | | Cardboard, no Value |
| FS Beverages LLC | Malt Based Floor Display | | Box | 25 | 25 | $- | $- | | | Outdated Graphics, Cardboard, NO Value |
| FS Beverages LLC | Spirit Based Floor Display | | Box | 42 | 42 | $- | $- | | | Outdated Graphics, Cardboard, NO Value |
| FS Beverages LLC | Spirit Based Floor Display | | Box | 40 | 40 | $- | $- | | | Outdated Graphics, Cardboard, NO Value |

**Located at Maverick Distillery in Oakville, ON**

| Company | Product | Unit | Qty | Sellable Qty | Unit Price | Good | To be Destroyed |
|---|---|---|---|---|---|---|---|
| FS Beverages LLC | 6%Harder Coffee Mocha 16 oz | Case | 53 | 53 | $14.36 | $761.08 | |
| FS Beverages LLC | 8%Harder Coffee Mocha 16 oz | Case | 152 | 152 | $13.70 | $2,082.40 | |
| FS Beverages LLC | 6%Harder Coffee Salted Caramel | Case | 346 | 346 | $14.89 | $5,151.94 | |
| FS Beverages LLC | 8%Harder Coffee Salted Caramel 16 oz | Case | 407 | 407 | $13.48 | $5,486.36 | |
| FS Beverages LLC | Strawberry Refresher | Case | 326 | 326 | $23.30 | | $7,595.80 |
| FS Beverages LLC | Tropical Refresher | Case | 290 | 290 | $23.17 | | $6,719.30 |
| FS Beverages LLC | Mango Refresher | Case | 334 | 334 | $23.13 | | $7,725.42 |
| FS Beverages LLC | Vanilla Bean Bourbon 200 ml | Case | 868 | 868 | $22.08 | | $19,165.44 |
| FS Beverages LLC | Vanilla Bean Bourbon | Case | 30 | 30 | $30.53 | | $915.90 |
| FS Beverages LLC | Vodka Mocha 200 ml | Case | 849 | 849 | $20.80 | | $17,659.20 |
| FS Beverages LLC | Vodka Mocha 200 ml | Case | 500 | 500 | $20.80 | $10,400.00 | |
| FS Beverages LLC | Vodka Original 200 ml | Case | 474 | 474 | $21.09 | $9,996.66 | |
| | | | | | | $33,878.44 | $59,781.06 |
| | | | | | | | $305,744.52 |

*Item 62 – Schedule A/B re State Licenses*

**FS Beverages State License Registration Control Document**

Updated 8/12/2025

FS Beverages, LLC
65 South Maple Ave Basking Ridge, NJ 07926-1383
NJ Entity #0450035650

TTB Basic Permit NJ-I-21324
NAICS Code - 424810

| State | Spirits/Malt | NOTE | License # | Expiry | Renewal Fee | Term | Bond # | Bond Expiry | MWE status | Brand Registration Fees (per Label) | Term |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AR | Spirits | Spirituous Supplier | 23224-01 | 6/30/2026 | $50.00 | Annual | | | | $20.00 | Annual |
| AR | Malt | Non-Resident Beer Seller | 25747-01 | 6/30/2026 | Varies based on volume | Annual | | | | | |
| CA | Spirits | OOS Distilled Spirits Shipper (Type 28) | 660023 | 6/30/2026 | $215.00 | Annual | | | | $20.00 | Annual |
| CT | Spirits | OOS Shipper Liquor | LSL.0002199 | 2/13/2026 | $1,250.00 | Annual | | | | $200.00 | Annual |
| DE | Spirits/Malt | Out of State Unlimited Supplier | 92969 | 12/31/2025 | $1,000.00 | 2 years | | | | $0.00 | Annual |
| FL | Spirits | Brand Registration Only | | | | | | | | $30.00 | Annual |
| GA | Spirits | OOS Broker | 104961 | 12/31/2025 | $100.00 | Annual | | | | $10.00 | Annual |
| HI | | License Not Required | | | | | | | | $0.00 | |
| IA | Spirits | Brewers Certificate of Compliance | C80001452 | 10/31/2025 | $500.00 | Annual | | | | $0.00 | Annual |
| ID | | License not required; appointment letter to state. | N/A | N/A | | | | | | | |
| IL | Spirits | Non-Resident Dealer | 3I-1152567 | 10/31/2025 | $350.00 | Annual | | | | $0.00 | |
| IN | Malt/Spirits/Wine | Primary Source Registration (Liquor/Beer/Wine) | PS-NJ-21901 | 12/1/2025 | $0.00 | Annual | | | | $0.00 | |
| KS | Malt/Spirit/Wine | Supplier | 16957 | 6/30/2026 | $520.00 | Annual | | | | $25.00 | Annual |
| KY | Malt | Limited Out-of-State Malt Beverage Supplier's License | 999A-33b-186225 | 12/31/2026 | $520.00 | Annual | | | | $0.00 | |
| KY | Spirits | Limited Out-of-State Distilled Spirits and Wine Supplier's License | 999A-OSDWS-196224 | 12/31/2026 | $620.00 | Annual | | | | $0.00 | |
| MA | Spirits/Malt | Certificate of Compliance | CC-I/C-030651 | 12/31/2026 | $200.00 | Annual | 7253d774 | 12/31/2025 | | | |
| MD | Malt & Spirits | Non-Resident Seller Permit | 5/8 Application in file for signature. Beer-Brand forms prepared. Waiting on additional info from GH | | | | | | Submit 2026 Prices with Renewal TEMPLATE IN FILE    New Licensing System off June 1 | | |
| ME | Spirits | Spirits under Martignetti (FS appointed from as primary source. Martignetti holds a COA) | COA-2019-11516 | | | Annual | | | | $150.00 | Annual |
| MI | Spirits | Outstate Seller | L-000458785 | 4/30/2025 | | | | | 6/4 Application mailed 6/17 state requested additional information. 6/23 as per GH- hold off until 7/16. State will then start processing | | Annual |
| MI | Malt/Beer | Outstate Seller of Beer | | | | | | | | | |
| MN | Spirits | Wine and/or Distilled Spirits Importer | ID 76933 | 1/23/2026 | $420.00 | Annual | | | Brand Registration expires 1/2026 | $40.00 | 3 years |
| MN | Representative | Representatives Permit | ID 79065 | 1/24/2026 | $20.00 | Annual | | | | | |
| MO | Spirits | Liquor Solicitor | 286265 | 6/30/2026 | $250.00 | Annual | #72351608 | 6/30/2026 | | $0.00 | |
| MT | Beer/Wine | Foreign Beer/Wine Importer. Acct ID 7167006-004-FBI | 97-099b-9722-2150 | 6/30/2026 | $700.00 | Annual | | | | | |
| MT | Spirits | Liqui Vendor ID 7167006-002-VA | 99-099-VA-181-051 | | | | | | | | |
| MT | Spirits | Vendor Representative Robin Frey | ID 7167006-003-VRL | 10/1/2024 | | | | | | | |
| ND | Spirits | Beverage Supplier | 02551 | | $0.00 | Annual | | | | | |
| NE | Spirit | OOS Shipper (Class S Spirit and Wine Shipper) | 125720 | 4/30/2026 | $1,000.00 | Annual | | | | | |
| NE | Malt | OOS Shipper (Class I Beer Shipper) | 155690 | 4/30/2026 | $1,000.00 | Annual | | | | | |
| NH | Malt | malt via Amoskeag–Beverage Vendor Permit | 135931 | 4/30/2026 | $360.00 | Annual | | | | | |
| NH | Spirits | Spirits under Martignetti–Martignetti designated sole supplier in state. | | | | | | | | | |
| NJ | Spirits | Plenary Wholesale License | Additional Information submitted to Yuri 3/26/25 | | | | 72b78235 ($1,000.00) | 6/30/2026 | 6/2 Bond renewal issued and mailed to Greg. Email copy to Yuri AND mail to DORES | | |
| NY | Malt | Distributor to file | N/A | | | | | | Marketing permit will be needed if they wish to have anyone doing tastings/events in the state | $50.00 | 3 Years |
| OH | Malt | Out of State Supplier | S1008244 | 9/30/2025 | $300.00 | Annual | | | 7/30 created OPAL Acct. Emailed for renewal instructions | $50.00 | |
| OH | Spirits | Out of State Supplier of Mixed Beverage | S4001758 | 9/30/2025 | $300.00 | Annual | | | | $0.00 | |
| OK | Spirits | Brewer License | BRE-25-000002 | 4/17/2026 | $1,250.00 | Annual | | | | $200.00 | Annual |
| PA | Malt | Brand Registrant (No LID # required) | Certificate of Compliance 29477 | | | | 107072741 ($5,000.00) | 6/30/2026 | | $75.00 | Annual |
| RI | Spirits/Malt | Company ID 5951 | | 11/30/2025 | $0.00 | Annual | | | | $40.00 | Annual |

Docusign Envelope ID: AB934EF9-021B-44D4-A60B-BFD4D47DD392

| State | Category | License Type | Number | Expiration | Fee | Term | Bond | Per Brand / Fee | Renewal |
|---|---|---|---|---|---|---|---|---|---|
| SD | Malt & Spirits | Brand Registration only | BR-8524 | No Expiration | $0.00 | | | $50.00 Spirits  $25.00 Malt | Annual |
| TN | Malt & Spirits | Non-Resident Seller Permit | SUPNRS-OTN-2515483 | 12/31/2025 | $250.00 | Annual | | $250 per brand | Annual |
| UT | Spirits | COA | COA-123 | 12/31/2025 | $300.00 | Annual | | | |
| VA | Malt | brand is registered | 900003 (belongs to Incntnr, Specialty Beverage) | No Expiration | | | | | |
| WI | Spirits | Out of State Shipper of Liquor Permit (Basking Ridge, NJ) | 305-103123417342 | 4/30/2027 | $500.00 | 2 Years | # 725131048 ($1,000) | | |
| WI | Spirits | Out of State Shipper of Liquor Permit (Langhorne, PA) | 305-103123417307 | 4/30/2027 | $600.00 | 2 Years | | | |
| WI | Malt | Out of State Beer Shipper Permit (Langhorne, PA) | 304-103123417306 | 4/30/2027 | $0.00 | 2 Years | | | |
| WI | Malt | Out of State Beer Shipper Permit (Basking Ridge, NJ) | 304-103123417345 | 4/30/2027 | $0.00 | 2 Years | #67431778 ($1,000.00) | | |
| WI | Spirits | Registered Salesperson - G. Howard | 305-103123417342 | 4/30/2027 | $20.00 | 2 Years | | | |
| WV | Malt | Brewer/Importer | 00-VA-001-027380 | 6/30/2026 | $1,600.00 | Annual | | $0.00 | |

**Fill in this information to identify the case:**

Debtor name ___**FS Beverages LLC**___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name    **FS Beverages LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,928.50** |
|---|---|---|---|
| | **180 Promotions, LLC**<br>**4804 Pelican Blvd**<br>**Cape Coral, FL 33914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$899.05** |
|---|---|---|---|
| | **A Duie Pyle Inc.**<br>**P.O. Box 536255**<br>**Pittsburgh, PA 15253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.00** |
|---|---|---|---|
| | **A.L. George**<br>**1 Link Dr.**<br>**Binghamton, NY 13904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,177.29** |
|---|---|---|---|
| | **Adult Beverage Solutions LLC**<br>**445 Eisenhower Lane**<br>**Lombard, IL 60148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **FS Beverages LLC** | | Case number (if known) | |
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,772.49 |
|---|---|---|---|
| | **Alliance Labeling**<br>**710 Dorval Dr.**<br>**Suite 500**<br>**Oakville, Ontario L6K3V7** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.50 |
|---|---|---|---|
| | **Amoskeag Beverages, LLC**<br>**P.O. Box 1148**<br>**Concord, NH 03302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,820.03 |
|---|---|---|---|
| | **Assurance Dimensions**<br>**4920 West Cypress St**<br>**Suite 102**<br>**Tampa, FL 33607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,292.00 |
|---|---|---|---|
| | **Astrapac**<br>**150 Ferrier St**<br>**Unit 22**<br>**Markham, Ontario L6L5V6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,761.93 |
|---|---|---|---|
| | **Atlantic Importing Company**<br>**350 Hopping Brook Rd**<br>**Holliston, MA 01746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.00 |
|---|---|---|---|
| | **Bee's Knees Beverage Company LLC**<br>**6636 Dorsey Road**<br>**Cheyenne, WY 82009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.78 |
|---|---|---|---|
| | **Bergseth Brothers**<br>**1211 47th Street**<br>**Fargo, ND 58102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FS Beverages LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,134.78**

**Bernick's**
P.O. Box 7008
Saint Cloud, MN 56302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,873.25**

**Beyond Promotions**
50 Cedar Run Road
Bayville, NJ 08721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,573.20**

**Casey's Marketing Company**
P.O. Box 873338
Kansas City, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,160.39**

**Certified Laboratories the Midwest**
P.O. Box 736671
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,451.60**

**Certified Laboratories, LLC**
65 Marcus Drive
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,306.83**

**Christina Leigh**
29 Ramblin Brook Rd
Seekonk, MA 02771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$963.90**

**Clare Rose, Inc.**
100 Rose Executive Blvd
East Yaphank, NY 11967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **FS Beverages LLC**                                    Case number (if known) _____
          _____
          Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,290.64** |
|---|---|---|---|

**Collective Packaging Co**
**2813 E Marrowstine Rd**
**Nordland, WA 98358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71,586.92** |
|---|---|---|---|

**CounterMeasures Corp.**
**6550 Carothers Pkwy**
**Suite 210**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62,914.19** |
|---|---|---|---|

**Covid EIDL Service Center**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2020**

Last 4 digits of account number  **7804**

Basis for the claim:  **Trade debt / loan**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51.00** |
|---|---|---|---|

**Euclid Beverage**
**200 Overland Drive**
**North Aurora, IL 60542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,426.76** |
|---|---|---|---|

**Expertaste Marketing, LLC**
**P.O. Box 99659**
**Raleigh, NC 27624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,522.00** |
|---|---|---|---|

**Focus Brands B.V.**
**Wilhelminakanaal Noord 2A 4902**
**Oosterhout, Holland**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$581.06** |
|---|---|---|---|

**Galli Beer**
**800 Anderson St**
**New Kensington, PA 15068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **FS Beverages LLC**                                          Case number (if known) _____

      Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**General Paper Prod**
**6650 143rd Ave NW**
**Ramsey, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Giant Sports Associates**
**P.O. Box 80090**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.84** |
|---|---|---|---|

**Gusto Distributing Co Inc**
**501 Crescent Circle**
**P.O. Box 3407**
**Great Falls, MT 59403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,851.64** |
|---|---|---|---|

**GWSI, Inc.**
**214 N Jackson St**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,084.61** |
|---|---|---|---|

**Hart Print, Inc.**
**5794 Chemin de la Côte-de-Liesse**
**Montreal, CAN H4T1B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,766.65** |
|---|---|---|---|

**Intuitive Models LLC**
**21 Route 6**
**Port Jervis, NY 12771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,735.00** |
|---|---|---|---|

**James J Cutro P.C.**
**1199 Route 22**
**Suite 304**
**Mountainside, NJ 07092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Unsecured Loan**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **FS Beverages LLC**                                    Case number *(if known)* _____
_____
           Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$445.00** |
|---|---|---|---|

**Kentucky Eagle, Inc.**
**2440 Innovation Dr**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Live Nation Marketing, Inc.**
**9348 Civic Center Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$910.88** |
|---|---|---|---|

**Mainfreight - Canada**
**230 Export Blvd**
**Mississauga, Ontario L5S1Y9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,955.97** |
|---|---|---|---|

**Mainfreight - Customs**
**1400 Glenn Curtiss St**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.39** |
|---|---|---|---|

**Mainfreight - NJ**
**1401 Glenn Curtiss St**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,816.00** |
|---|---|---|---|

**Mancini Beverage**
**P.O. Box 1437**
**Coventry, RI 02816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$563.22** |
|---|---|---|---|

**Martignetti Companies of New Hampshire**
**P.O. Box 1113**
**Manchester, NH 03105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FS Beverages LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,057.98**
---|---|---|---

**Maverick Distillery**
**2140 Winston Park Drive Unit 18**
**Oakville, ON L6H 5V5, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,869.00**

**McDermott Will & Emery LLP**
**P.O. Box 1675**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal Services / Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124.49**

**Mountain State Bev**
**300 Greenbrier Rd**
**Summersville, WV 26651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00**

**Northland Beverage Promotions**
**11574 Forestview Dr.**
**Baxter, MN 56425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.11**

**O'Connor Distributing**
**111 Overton St**
**Hot Springs National Park, AR 71901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,700.00**

**Odyssey Shipping (Canada)**
**10500 De le Cote de Liesse Rd**
**Suite 141**
**Lachine, Quebec H8T1A4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00**

**ORGE-S**
**1995 Hicks Rd**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **FS Beverages LLC**                                              Case number (if known) _____
_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,000.00 |
|---|---|---|---|

**Poppopfizz LLC**
**21 Brentwood Ct**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **September 2024-August 2025**

Basis for the claim:  **Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,565.00 |
|---|---|---|---|

**Prism House**
**14 Stone End Rd**
**Sunapee, NH 03782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.50 |
|---|---|---|---|

**Ritchie & Page Distributing Company**
**75 New Canton Way**
**Robbinsville, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Sophia M. Kuzmyak**
**15 Union Street**
**Hillsborough, NH 03244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Spartan Advisory Group LLC**
**340 S Finley Ave**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/07/2022**

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,000.00 |
|---|---|---|---|

**Spartan Advisory Group LLC**
**340 South Finley Ave**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **September 2024-August 2025**

Basis for the claim:  **Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Specialty Beverage VA**
**5401 Eubank Rd**
**Sandston, VA 23150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FS Beverages LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,195.00 |
|---|---|---|---|
| | Sunteck Transport Co., LLC<br>P.O. 536665<br>Pittsburgh, PA 15253 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|
| | The Industry Collective<br>121 W 19th St<br>Apt 4C<br>New York, NY 10011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|
| | The Philadelphia Phillies<br>One Citizens Bank Way<br>Philadelphia, PA 19148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,635.58 |
|---|---|---|---|
| | TQL<br>P.O. 634558<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,005.23 |
|---|---|---|---|
| | VT Info. Processing, Inc.<br>402 Watertower Circle<br>Colchester, VT 05446 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,252.89 |
|---|---|---|---|
| | WEstock<br>37 Kensington Ave<br>Norwood, NJ 07648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $401.44 |
|---|---|---|---|
| | Wilsbach Distributors, Inc.<br>1977 Oberlin Road<br>Harrisburg, PA 17111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **FS Beverages LLC**
_____    Case number (if known) _____
          Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **GoTo Foods (formerly FOCUS Brands)**<br>**5620 Glenridge Drive**<br>**Atlanta, GA 30342** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Martignetti Co. of NNE**<br>**540 N Commercial St # 311**<br>**Manchester, NH 03101** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Total Quality Logistics**<br>**4289 Ivy Pointe Blvd**<br>**Cincinnati, OH 45245** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 1,140,699.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,140,699.51 |

Fill in this information to identify the case:

Debtor name **FS Beverages LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| State the term remaining | **Evergreen** |
| List the contract number of any government contract | **A.L. George**<br>**1 Link Dr.**<br>**Binghamton, NY 13904** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| State the term remaining | **Evergreen** |
| List the contract number of any government contract | **Amoskeag Beverages, LLC**<br>**510 Hall St**<br>**Bow, NH 03304** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| State the term remaining | **Evergreen** |
| List the contract number of any government contract | **Atlantic Beverages**<br>**350 Hoppingbrook Rd**<br>**Holliston, MA 01746** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| State the term remaining | **Evergreen** |
| List the contract number of any government contract | **Auen Distribution**<br>**102 N Grant Road**<br>**Carroll, IA 51401** |

Debtor 1    **FS Beverages LLC**
_____          Case number (*if known*) _____
First Name          Middle Name          Last Name

<span style="background-color:#4B0049">   </span>    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Bergseth Brothers** |
| | List the contract number of any government contract | | **1211 47th Street N** **Fargo, ND 58102** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Bernick's Distributing** |
| | List the contract number of any government contract | | **801 Sundial Dr** **Waite Park, MN 56387** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Blue Ribbon Products** |
| | List the contract number of any government contract | | **1511 Olympic Blvd** **Joliet, IL 60431** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Burfords Distributing Co.** |
| | List the contract number of any government contract | | **925 S St** **Fort Smith, AR 72901** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **City Beverage** |
| | List the contract number of any government contract | | **2 South Kirby Street** **Hutchinson, KS 67501** |

Debtor 1    **FS Beverages LLC**                                        Case number *(if known)* _____

First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Clare Rose, Inc.**
**100 Rose Executive Blvd**
**East Yaphank, NY 11967**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Fractional Sales**

State the term remaining — **1 year**

List the contract number of any government contract

**CounterMeasures Corp.**
**330 Mallory Station Road**
**Suite F19**
**Franklin, TN 37067**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**County Distributing**
**1800 Eagle View Dr**
**Sedalia, MO 65301**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Crawford Sales**
**1377 S. Hamilton Circle**
**Olathe, KS 66061**

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Dakota Beverage**
**4532 N Cliff Ave**
**Sioux Falls, SD 57104**

Debtor 1    **FS Beverages LLC**
     First Name     Middle Name     Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
| | State the term remaining | Evergreen | Decresente Distributing
211 North Main St
Mechanicville, NY 12118 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
| | State the term remaining | Evergreen | Doldo Brothers
22888 NY 12
Watertown, NY 13601 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
| | State the term remaining | Evergreen | Doll Distributing
1901 De Wolf St
Des Moines, IA 50316 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
| | State the term remaining | Evergreen | Eagle Beverage
250 N Cayuga
Frontenac, KS 66763 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Office sublease | |
| | State the term remaining | month to month | Empire Events Promotions
65 South Maple Ave, 2nd Floor
Basking Ridge, NJ 07920 |
| | List the contract number of any government contract | | |

Debtor 1  **FS Beverages LLC**
First Name    Middle Name    Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Euclid Beverage**
**1201 Enterprise Ave**
**Galesburg, IL 61401**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Fahr Beverage**
**1369 Martin Road**
**Waterloo, IA 50701**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Flint Hills**
**5900 Corporate Drive**
**Manhattan, KS 66503**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**Galli Beer**
**800 Anderson St**
**New Kensington, PA 15068**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract

**General Beer**
**6169 McKee Rd**
**Fitchburg, WI 53719**

| Debtor 1 | FS Beverages LLC | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **General Wholesale**<br>**1595 Marietta Blvd NW**<br>**Atlanta, GA 30318** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Golden Eagle**<br>**1900 E 15th Street**<br>**Little Rock, AR 72202** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Golden Eagle**<br>**500 N Golden Eagle Dr**<br>**Mount Pleasant, IA 52641** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Golden Eagle**<br>**9669 MO-168**<br>**Hannibal, MO 63401** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | **Great Rivers Distribution**<br>**4232 Odc Rd 1060**<br>**Pomona, MO 65789** |
| | List the contract number of any government contract | | |

Debtor 1   **FS Beverages LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

Distribution Agreement

State the term remaining: Evergreen

List the contract number of any government contract

Gusto Distributing Co Inc
501 Crescent Circle
P.O. Box 3407
Great Falls, MT 59404

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

**Warehousing and logistics agreement to store and handle debtor's goods on pallets; initial agreement is dated 4/13/2023, with a term start date of 5/1/2023**

State the term remaining: **Month-to-month**

List the contract number of any government contract

GWSI, Inc.
214 N Jackson St
Media, PA 19063

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

Distribution Agreement

State the term remaining: Evergreen

List the contract number of any government contract

Hayes Beer Distributing
1819 Elmwood Rd
Rockford, IL 61103

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

Distribution Agreement

State the term remaining: Evergreen

List the contract number of any government contract

High Grade Beverage
891 Georges Rd
Monmouth Junction, NJ 08852

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

Distribution Agreement

State the term remaining: Evergreen

List the contract number of any government contract

House of Schwan
3636 North Comotara
Wichita, KS 67226

Debtor 1  **FS Beverages LLC**
          First Name   Middle Name   Last Name          Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | **Evergreen** | **Kabrick Distributing**<br>**1809 S. Benjamin Ave**<br>**Mason City, IA 50401** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | **Evergreen** | **Kleckner**<br>**126 Chillisquaque St**<br>**Montandon, PA 17850** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | **Evergreen** | **Koerner Distributor, Inc.**<br>**1601 Pike Avenue**<br>**Effingham, IL 62401** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | **Evergreen** | **Konrad Beverage**<br>**1320 Hurffville Rd**<br>**Woodbury, NJ 08096** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Partnership & Sale of Product** | |
| | State the term remaining | **1.5 years** | **Live Nation Marketing, Inc.**<br>**9348 Civic Center Drive**<br>**Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |

Debtor 1  **FS Beverages LLC**
First Name    Middle Name    Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest
**Distribution Agreement**

State the term remaining **Evergreen**

List the contract number of any government contract

Martignetti Co. of NNE
540 N Commercial St # 311
Manchester, NH 03101

**2.41.** State what the contract or lease is for and the nature of the debtor's interest
**Agreement for co-packing, manufacturing, and storage of raw materials/ingredients and some finished goods in Canada**

State the term remaining **Month-to-month**

List the contract number of any government contract

Maverick Distillery
2140 Winston Park Drive, #18
Oakville, Ontario L5S1Y9

**2.42.** State what the contract or lease is for and the nature of the debtor's interest
**Distribution Agreement**

State the term remaining **Evergreen**

List the contract number of any government contract

Missouri Eagle
242 Hwy
Lebanon, MO 65536

**2.43.** State what the contract or lease is for and the nature of the debtor's interest
**Distribution Agreement**

State the term remaining **Evergreen**

List the contract number of any government contract

Mountain State Bev
300 Greenbrier Rd
Summersville, WV 26651

**2.44.** State what the contract or lease is for and the nature of the debtor's interest
**Distribution Agreement**

State the term remaining **Evergreen**

List the contract number of any government contract

North Kansas City Beverage
203 E 11th Ave
Kansas City, MO 64116

Debtor 1   **FS Beverages LLC**
_____     Case number *(if known)* _____
First Name        Middle Name        Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | _____ | Northeast Beverage<br>P.O. Bpx 1437<br>Coventry, RI 02816-1437 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | _____ | Northern Eagle<br>600 16th St<br>Carlstadt, NJ 07072 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | _____ | O'Connor Distributing<br>1515 E 4th St<br>Little Rock, AR 72202 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | _____ | O'Malley Beverage<br>2050 Packer Court<br>Lawrence, KS 66044 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | |
|---|---|---|---|
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | _____ | Penn Sales<br>2810 E Township Line Rd<br>Hatfield, PA 19440 |

Debtor 1  **FS Beverages LLC**                                              Case number *(if known)* _____
      First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Partnership** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Pocono International Raceway Inc.** **1234 Long Pond Road** **P.O. Box 500** **Long Pond, PA 18334** |
| | List the contract number of any government contract | _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Porter Distributing** **212 S. Langdon St** **Mitchell, SD 57301** |
| | List the contract number of any government contract | _____ | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Premium Brands of NWA** **1192 Kendrick Ave** **Springdale, AR 72764** |
| | List the contract number of any government contract | _____ | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Prestinger** **1825 Bailey Road** **Salina, KS 67401** |
| | List the contract number of any government contract | _____ | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Resort Beverage** **2903 PA 611** **Tannersville, PA 18372** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **FS Beverages LLC**                                              Case number *(if known)* _____
          First Name        Middle Name         Last Name

<div style="background:purple; width:60px; height:30px;"></div>  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract — _____

**Ritchie & Page Distributing Company**
**75 New Canton Way**
**Robbinsville, NJ 08691**

---

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract — _____

**Seneca Wholesale**
**36 South 8th Street**
**Seneca, KS 66538**

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract — _____

**Specialty**
**3901 Tull Ave**
**Muskogee, OK 74403**

---

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract — _____

**Specialty Beverage of Virginia**
**5401 Eubank Rd**
**Sandston, VA 23150**

---

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining — **Evergreen**

List the contract number of any government contract — _____

**Strathman Sales**
**4235 SW Burlingame Rd**
**Topeka, KS 66609**

---

Debtor 1    **FS Beverages LLC**

First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Partnership & Sale of Product** | |
|---|---|---|---|
| | State the term remaining | **2.5 years** | |
| | List the contract number of any government contract | | **The Philadelphia Phillies** <br> **One Citizens Bank Way** <br> **Philadelphia, PA 19148** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | **Three Eagles Distributing** <br> **2346 Rust Ave** <br> **Cape Girardeau, MO 63703** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | **Tri Angle** <br> **1201 Ashwaubenon St** <br> **Green Bay, WI 54304** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | **Wilsbach Distributors, Inc.** <br> **1977 Oberlin Road** <br> **Harrisburg, PA 17111** |

**Fill in this information to identify the case:**

Debtor name   **FS Beverages LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |