# United States Bankruptcy Court
## District of Delaware

In re  **FS Beverages LLC**                                    Case No. _____

                                  Debtor(s)                    Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 12, 2025**                    /s/ Greg Howard (DocuSigned)

                                                  **Greg Howard/President, Manager**
                                                  Signer/Title

| | | |
|---|---|---|
| | ASSURANCE DIMENSIONS<br>4920 WEST CYPRESS ST<br>SUITE 102<br>TAMPA, FL 33607 | BLUE RIBBON PRODUCTS<br>1511 OLYMPIC BLVD<br>JOLIET, IL 60431 |
| | ASTRAPAC<br>150 FERRIER ST<br>UNIT 22<br>MARKHAM, ONTARIO L6L5V6 | BURFORDS DISTRIBUTING CO.<br>925 S ST<br>FORT SMITH, AR 72901 |
| 180 PROMOTIONS, LLC<br>4804 PELICAN BLVD<br>CAPE CORAL, FL 33914 | ATLANTIC BEVERAGES<br>350 HOPPINGBROOK RD<br>HOLLISTON, MA 01746 | CAL. DEPT. OF ALCOHOLIC BEVC<br>3927 LENNANE DRIVE, SUITE 100<br>SACRAMENTO, CA 95834 |
| A DUIE PYLE INC.<br>P.O. BOX 536255<br>PITTSBURGH, PA 15253 | ATLANTIC IMPORTING COMPANY<br>350 HOPPING BROOK RD<br>HOLLISTON, MA 01746 | CASEY'S MARKETING COMPANY<br>P.O. BOX 873338<br>KANSAS CITY, MO 64187 |
| A.L. GEORGE<br>1 LINK DR.<br>BINGHAMTON, NY 13904 | AUEN DISTRIBUTION<br>102 N GRANT ROAD<br>CARROLL, IA 51401 | CERTIFIED LABORATORIES THE M<br>P.O. BOX 736671<br>DALLAS, TX 75373 |
| ADULT BEVERAGE SOLUTIONS LLC<br>445 EISENHOWER LANE<br>LOMBARD, IL 60148 | BEE'S KNEES BEVERAGE COMPANY LLC<br>6636 DORSEY ROAD<br>CHEYENNE, WY 82009 | CERTIFIED LABORATORIES, LLC<br>65 MARCUS DRIVE<br>MELVILLE, NY 11747 |
| ALLIANCE LABELING<br>710 DORVAL DR.<br>SUITE 500<br>OAKVILLE, ONTARIO L6K3V7 | BERGSETH BROTHERS<br>1211 47TH STREET N<br>FARGO, ND 58102 | CHRISTINA LEIGH<br>29 RAMBLIN BROOK RD<br>SEEKONK, MA 02771 |
| AMOSKEAG BEVERAGES, LLC<br>P.O. BOX 1148<br>CONCORD, NH 03302 | BERNICK'S<br>P.O. BOX 7008<br>SAINT CLOUD, MN 56302 | CITY BEVERAGE<br>2 SOUTH KIRBY STREET<br>HUTCHINSON, KS 67501 |
| AMOSKEAG BEVERAGES, LLC<br>510 HALL ST<br>BOW, NH 03304 | BERNICK'S DISTRIBUTING<br>801 SUNDIAL DR<br>WAITE PARK, MN 56387 | CLARE ROSE, INC.<br>100 ROSE EXECUTIVE BLVD<br>EAST YAPHANK, NY 11967 |
| ARKANSAS ALCOHOLIC BEVERAGE CO<br>101 EAST CAPITOL, SUITE 401<br>LITTLE ROCK, AR 72201 | BEYOND PROMOTIONS<br>50 CEDAR RUN ROAD<br>BAYVILLE, NJ 08721 | COLLECTIVE PACKAGING CO<br>2813 E MARROWSTINE RD<br>NORDLAND, WA 98358 |

| | | |
|---|---|---|
| CONN. DEPT. OF CONSUMER PROTECTION<br>LIQUOR CONTROL DIVISION<br>450 COLUMBUS BLVD., SUITE 901<br>HARTFORD, CT 06103 | DOLL DISTRIBUTING<br>1901 DE WOLF ST<br>DES MOINES, IA 50316 | GENERAL BEER<br>6169 MCKEE RD<br>FITCHBURG, WI 53719 |
| COUNTERMEASURES CORP.<br>6550 CAROTHERS PKWY<br>SUITE 210<br>FRANKLIN, TN 37067 | EAGLE BEVERAGE<br>250 N CAYUGA<br>FRONTENAC, KS 66763 | GENERAL PAPER PROD<br>6650 143RD AVE NW<br>RAMSEY, MN 55303 |
| COUNTERMEASURES CORP.<br>330 MALLORY STATION ROAD<br>SUITE F19<br>FRANKLIN, TN 37067 | EMPIRE EVENTS PROMOTIONS<br>65 SOUTH MAPLE AVE, 2ND FLOOR<br>BASKING RIDGE, NJ 07920 | GENERAL WHOLESALE<br>1595 MARIETTA BLVD NW<br>ATLANTA, GA 30318 |
| COUNTY DISTRIBUTING<br>1800 EAGLE VIEW DR<br>SEDALIA, MO 65301 | EUCLID BEVERAGE<br>200 OVERLAND DRIVE<br>NORTH AURORA, IL 60542 | GEORGIA DEPT. OF REV. ALCOHOL<br>2595 CENTURY PARKWAY NE<br>ATLANTA, GA 30345 |
| COVID EIDL SERVICE CENTER<br>14925 KINGSPORT ROAD<br>FORT WORTH, TX 76155 | EUCLID BEVERAGE<br>1201 ENTERPRISE AVE<br>GALESBURG, IL 61401 | GIANT SPORTS ASSOCIATES<br>P.O. BOX 80090<br>STONEHAM, MA 02180 |
| CRAWFORD SALES<br>1377 S. HAMILTON CIRCLE<br>OLATHE, KS 66061 | EXPERTASTE MARKETING, LLC<br>P.O. BOX 99659<br>RALEIGH, NC 27624 | GOLDEN EAGLE<br>1900 E 15TH STREET<br>LITTLE ROCK, AR 72202 |
| DAKOTA BEVERAGE<br>4532 N CLIFF AVE<br>SIOUX FALLS, SD 57104 | FAHR BEVERAGE<br>1369 MARTIN ROAD<br>WATERLOO, IA 50701 | GOLDEN EAGLE<br>500 N GOLDEN EAGLE DR<br>MOUNT PLEASANT, IA 52641 |
| DECRESENTE DISTRIBUTING<br>211 NORTH MAIN ST<br>MECHANICVILLE, NY 12118 | FLINT HILLS<br>5900 CORPORATE DRIVE<br>MANHATTAN, KS 66503 | GOLDEN EAGLE<br>9669 MO-168<br>HANNIBAL, MO 63401 |
| DEL. ALCOHOLIC BEVERAGE CONTROL<br>CARVEL STATE BUILDING<br>820 NORTH FRENCH STREET<br>WILMINGTON, DE 19801 | FOCUSBRANDS B.V.<br>WILHELMINAKANAAL NOORD 2A 4902<br>OOSTERHOUT, HOLLAND | GOTO FOODS (FORMERLY FOCUS)<br>5620 GLENRIDGE DRIVE<br>ATLANTA, GA 30342 |
| DOLDO BROTHERS<br>22888 NY 12<br>WATERTOWN, NY 13601 | GALLI BEER<br>800 ANDERSON ST<br>NEW KENSINGTON, PA 15068 | GREAT RIVERS DISTRIBUTION<br>4232 ODC RD 1060<br>POMONA, MO 65789 |

| | | |
|---|---|---|
| GUSTO DISTRIBUTING CO INC<br>501 CRESCENT CIRCLE<br>P.O. BOX 3407<br>GREAT FALLS, MT 59404 | JAMES J CUTRO P.C.<br>1199 ROUTE 22<br>SUITE 304<br>MOUNTAINSIDE, NJ 07092 | MAINFREIGHT - CANADA<br>230 EXPORT BLVD<br>MISSISSAUGA, ONTARIO L5S1Y9 |
| GWSI, INC.<br>214 N JACKSON ST<br>MEDIA, PA 19063 | KABRICK DISTRIBUTING<br>1809 S. BENJAMIN AVE<br>MASON CITY, IA 50401 | MAINFREIGHT - CUSTOMS<br>1400 GLENN CURTISS ST<br>CARSON, CA 90746 |
| HART PRINT, INC.<br>5794 CHEMIN DE LA CôTE-DE-LIESSE<br>MONTREAL, CAN H4T1B1 | KDOR - ALCOHOLIC BEVERAGE CONTROL<br>MILLS BUILDING<br>109 SW 9TH STREET, FIFTH FLOOR<br>TOPEKA, KS 66612 | MAINFREIGHT - NJ<br>1401 GLENN CURTISS ST<br>CARSON, CA 90746 |
| HAYES BEER DISTRIBUTING<br>1819 ELMWOOD RD<br>ROCKFORD, IL 61103 | KENTUCKY DEPT. OF ALCOHOLIC BEV. CONTROL<br>500 MERO STREET 2NE33<br>FRANKFORT, KY 40601 | MANCINI BEVERAGE<br>P.O. BOX 1437<br>COVENTRY, RI 02816 |
| HIGH GRADE BEVERAGE<br>891 GEORGES RD<br>MONMOUTH JUNCTION, NJ 08852 | KENTUCKY EAGLE, INC.<br>2440 INNOVAITION DR<br>LEXINGTON, KY 40511 | MARTIGNETTI CO. OF NNE<br>540 N COMMERCIAL ST # 311<br>MANCHESTER, NH 03101 |
| HOUSE OF SCHWAN<br>3636 NORTH COMOTARA<br>WICHITA, KS 67226 | KLECKNER<br>126 CHILLISQUAQUE ST<br>MONTANDON, PA 17850 | MARTIGNETTI COMPANIES OF NH<br>P.O. BOX 1113<br>MANCHESTER, NH 03105 |
| ILLINOIS LIQUOR CONTROL COMMISSION<br>300 W. JEFFERSON STREET<br>SUITE 300<br>SPRINGFIELD, IL 62702 | KOERNER DISTRIBUTOR, INC.<br>1601 PIKE AVENUE<br>EFFINGHAM, IL 62401 | MASS. ALCOHOLIC BEVS. CONTR.<br>95 FOURTH STREET, SUITE 3<br>CHELSEA, MA 02150-2358 |
| INDIANA ALCOHOL AND TOBACCO COMMISSION<br>INDIANA GOV'T CENTER SOUTH<br>302 W. WASHINGTON STREET<br>ROOM E-114<br>INDIANAPOLIS, IN 46204 | KOHR BEVERAGE<br>1320 HURFFVILLE RD<br>WOODBURY, NJ 08096 | MAVERICK DISTILLERY<br>2140 WINSTON PARK DRIVE UNIT 18<br>OAKVILLE, ON L6H 5V5, CANADA |
| INTUITIVE MODELS LLC<br>21 ROUTE 6<br>PORT JERVIS, NY 12771 | LIVE NATION MARKETING, INC.<br>9348 CIVIC CENTER DRIVE<br>BEVERLY HILLS, CA 90210 | MCDERMOTT WILL & EMERY LLP<br>P.O. BOX 1675<br>CAROL STREAM, IL 60132 |
| IOWA DEPT. OF REV. ALCOHOL DIVISION<br>HOOVER STATE OFFICE BUILDING<br>1305 E. WALNUT STREET<br>FIRST FLOOR<br>DES MOINES, IA 50319 | MAINE BUREAU OF ALCOHOLIC BEVERAGES<br>19 UNION STREET, 3RD FLOOR<br>AUGUSTA, ME 04330 | MICHIGAN LIQUOR CONTROL CO<br>7109 W. SAGINAW HWY.<br>LANSING, MI 48917 |

| | | |
|---|---|---|
| MINN. DEPT. OF PUBLIC SAFETY-ALCOHOL<br>445 MINNESOTA STREET, SUITE 222<br>SAINT PAUL, MN 55101 | MORTH KANSAS CITY BEVERAGE<br>203 E 11TH AVE<br>KANSAS CITY, MO 64116 | PENN SALES<br>2810 E TOWNSHIP LINE RD<br>HATFIELD, PA 19440 |
| MISSOURI ALCOHOL AND TOBACCO CONTROL<br>1738 E. ELM, LOWER LEVEL<br>P.O. BOX 837<br>JEFFERSON CITY, MO 65102-0837 | NORTHEAST BEVERAGE<br>P.O. BPX 1437<br>COVENTRY, RI 02816-1437 | PENN. LIQUOR CONTROL BOARD<br>401 NORTHWEST OFFICE BUILDIN<br>HARRISBURG, PA 17124-0001 |
| MISSOURI EAGLE<br>242 HWY<br>LEBANON, MO 65536 | NORTHERN EAGLE<br>600 16TH ST<br>CARLSTADT, NJ 07072 | POCONO INTERNATIONAL RACEWY<br>1234 LONG POND ROAD<br>P.O. BOX 500<br>LONG POND, PA 18334 |
| MONTANA DEPT. OF REVENUE ALCOHOL CONTROL<br>P.O. BOX 1712<br>HELENA, MT 59624-1712 | NORTHLAND BEVERAGE PROMOTIONS<br>11574 FORESTVIEW DR.<br>BAXTER, MN 56425 | POPPOPFIZZ LLC<br>21 BRENTWOOD CT<br>BASKING RIDGE, NJ 07920 |
| MONTANA DEPT. OF REVENUE ALCOHOL CONTROL<br>P.O. BOX 5805<br>HELENA, MT 59604-5805 | O'CONNOR DISTRIBUTING<br>111 OVERTON ST<br>HOT SPRINGS NATIONAL PARK, AR 71901 | PORTER DISTRIBUTING<br>212 S. LANGDON ST<br>MITCHELL, SD 57301 |
| MOUNTAIN STATE BEV<br>300 GREENBRIER RD<br>SUMMERSVILLE, WV 26651 | O'CONNOR DISTRIBUTING<br>1515 E 4TH ST<br>LITTLE ROCK, AR 72202 | PREMIUM BRANDS OF NWA<br>1192 KENDRICK AVE<br>SPRINGDALE, AR 72764 |
| N.D. OFFICE OF ATTY GENERAL LICENSING<br>600 EAST BOULEVARD AVE., DEPT. 127<br>BISMARCK, ND 58505-0040 | O'MALLEY BEVERAGE<br>2050 PACKER COURT<br>LAWRENCE, KS 66044 | PRESTINGER<br>1825 BAILEY ROAD<br>SALINA, KS 67401 |
| NEBRASKA LIQUOR CONTROL COMMISSION<br>301 CENTENNIAL MALL SOUTH, 1ST FLOOR<br>P.O. BOX 95046<br>LINCOLN, NE 68509-5046 | ODYSSEY SHIPPING (CANADA)<br>10500 DE LE COTE DE LIESSE RD<br>SUITE 141<br>LACHINE, QUEBEC H8T1A4 | PRISM HOUSE<br>14 STONE END RD<br>SUNAPEE, NH 03782 |
| NEW HAMP. STATE LIQUOR COMMISSION<br>50 STORRS STREET<br>CONCORD, NH 03301 | OKLA. ALCOHOLIC BEVERAGE LAW ENFORCEMENT<br>2501 N. LINCOLN BLVD.<br>OKLAHOMA CITY, OK 73194 | RESORT BEVERAGE<br>2903 PA 611<br>TANNERSVILLE, PA 18372 |
| NJ DIV. OF ALCOHOLIC BEVERAGE CONTROL<br>140 EAST FRONT STREET, 5TH FLOOR<br>TRENTON, NJ 08625 | ORBELS<br>1995 HICKS RD<br>ROLLING MEADOWS, IL 60008 | RHODE ISLAND COMMERICAL LID<br>100 NORTH MAIN STREET<br>PROVIDENCE, RI 02903 |

| | | |
|---|---|---|
| RHODE ISLAND COMMERICAL LICENSING<br>1511 PONTIAC AVE<br>CRANSTON, RI 02920 | RUAN TRANSPORT CO., LLC<br>P.O. 536665<br>PITTSBURGH, PA 15253 | VT INFO. PROCESSING, INC.<br>402 WATERTOWER CIRCLE<br>COLCHESTER, VT 05446 |
| RITCHIE & PAGE DISTRIBUTING COMPANY<br>75 NEW CANTON WAY<br>ROBBINSVILLE, NJ 08691 | TENNESSEE ALCOHOLIC BEVERAGE COMMISSION<br>500 JAMES ROBERTSON PARKWAY<br>NASHVILLE, TN 37243 | WESSON<br>37 KENSINGTON AVE<br>NORWOOD, NJ 07648 |
| S.D. DEPT. OF REV. ALCOHOL LICENSING<br>445 E. CAPITOL AVE.<br>PIERRE, SD 57501 | THE INDUSTRY COLLECTIVE<br>121 W 19TH ST<br>APT 4C<br>NEW YORK, NY 10011 | WILSBACH DISTRIBUTORS, INC.<br>1977 OBERLIN ROAD<br>HARRISBURG, PA 17111 |
| SENECA WHOLESALE<br>36 SOUTH 8TH STREET<br>SENECA, KS 66538 | THE PHILADELPHIA PHILLIES<br>ONE CITIZENS BANK WAY<br>PHILADELPHIA, PA 19148 | WISCONSIN ALCOHOL & TOBACCO<br>2135 RIMROCK ROAD<br>MADISON, WI 53713 |
| SOPHIA M. KUZMYAK<br>15 UNION STREET<br>HILLSBOROUGH, NH 03244 | THREE EAGLES DISTRIBUTING<br>2346 RUST AVE<br>CAPE GIRARDEAU, MO 63703 | WV ALCOHOL BEVERAGE CONTR<br>900 PENNSYLVANIA AVE., 4TH FL<br>CHARLESTON, WV 25302 |
| SPARTAN ADVISORY GROUP LLC<br>340 SOUTH FINLEY AVE<br>BASKING RIDGE, NJ 07920 | TOTAL QUALITY LOGISTICS<br>4289 IVY POINTE BLVD<br>CINCINNATI, OH 45245 | |
| SPECIALTY<br>3901 TULL AVE<br>MUSKOGEE, OK 74403 | TQL<br>P.O. 634558<br>CINCINNATI, OH 45263 | |
| SPECIALTY BEVERAGE OF VIRGINIA<br>5401 EUBANK RD<br>SANDSTON, VA 23150 | TRI ANGLE<br>1201 ASHWAUBENON ST<br>GREEN BAY, WI 54304 | |
| SPECIALTY BEVERAGE VA<br>5401 EUBANK RD<br>SANDSTON, VA 23150 | UTAH DEPT. OF ALCOHLIC BEVERAGE CONTROL<br>1625 S. 900 WEST<br>SALT LAKE CITY, UT 84104 | |
| STRATHMAN SALES<br>4235 SW BURLINGAME RD<br>TOPEKA, KS 66609 | VIRGINIA ALCOHOLIC BEVERAGE CONTROL AUTH<br>1100 BANK STREET<br>RICHMOND, VA 23219 | |